ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

ISAAC H. MARKS

\*      IN THE

\*      COURT OF APPEALS

\*      OF MARYLAND

\*      Misc. Docket AG No. 26

\*      September Term, 2021

## ORDER

Upon consideration of the Petition for Disciplinary or Remedial Action, with attached certified copy of an Opinion entered June 24, 2021, whereby the District of Columbia Court of Appeals suspended Isaac H. Marks from the practice of law in the District of Columbia, it is this 13th day of September, 2021

**ORDERED**, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737(d), that Isaac H. Marks, Respondent, is hereby temporarily suspended, effective immediately, from the practice of law in the State of Maryland, pending further order of this Court; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Isaac H. Marks from the register of attorneys in this Court and comply with the notice provisions of Maryland Rule 19-761.

/s/ Joseph M. Getty
Chief Judge

\* Judge Hotten did not participate in this matter

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk